**Order entered June 25, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00395-CV

### CHRISTIN BISHOP, Appellant

### V.

### CREDITPLEX AUTO SALES L.L.C. D/B/A GREENVILLE MITSUBISHI; SANTANDER CONSUMER USA, INC., Appellees

**On Appeal from the County Court at Law No. 4
Dallas County, Texas
Trial Court Cause No. CC-13-01838-D**

## ORDER

We **GRANT** appellant's June 23, 2015 unopposed motion for second extension of time

to file brief and **ORDER** the brief be filed no later than July 3, 2015.

/s/    CRAIG STODDART
         JUSTICE